ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Cassandra Tompkins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>CASSANDRA TOMPKINS, et al<br><br>            Defendant | Case No.: CR 15-00037 JD (KAW)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE BAIL REVIEW HEARING** |

On April 15, 2015, this Court set a bail review hearing for defendant Cassandra Tompkins for April 20, 2015.  The bail review hearing is based upon a Pretrial Services Form 8 provided to the Court and parties by Nelson Barao, Ms. Tompkins' Pretrial Services Officer.  Counsel for Ms. Tompkins, Ismail Ramsey, has a conflict on that date, and will be out of town the remainder of that week.

After conferring with Mr. Barao and the AUSA in this matter, Cynthia Stier, Pretrial Services and the parties have agreed to move the bail hearing to April 29, 2015.

1  The parties therefore respectfully stipulate and request that the currently
2  scheduled hearing be vacated and that the bail review hearing be set for Wednesday,
3  April 29, at 9:30 a.m.
4  IT IS SO STIPULATED.

5  Dated: April 16, 2015                           Respectfully Submitted,

6                                                   RAMSEY & EHRLICH LLP

7                                                   //s//

8                                                   ISMAIL RAMSEY
                                                    ATTORNEY FOR MOUNIR KARA
9

10                                                  MELINDA L. HAAG
                                                    US ATTORNEY
11

12                                                  //s//

13                                                  CYNTHIA STIER
                                                    ASSISTANT US ATTORNEY
14

15  GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

16  Dated: 4/17/15

17

18  _____
    THE HONORABLE KANDIS A. WESTMORE
19  UNITED STATES MAGISTRATE JUDGE